(132 So. 868)

### Liston WEEKS v. STATE.
#### 1 Div. 646.

Supreme Court of Alabama.
March 12, 1931.

Woodford Mabry, of Grove Hill, and A. H. Crovatt, of Foley, for petitioner.

Thomas E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Liston Weeks for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Weeks v. State, 132 So. 867.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(132 So. 891)

### WILDMAN v. WILDMAN et al.
#### 7 Div. 10.

Supreme Court of Alabama.
March 12, 1931.

E. O. McCord & Son and W. J. Boykin, all of Gadsden, for appellant.

Culli, Hunt & Culli, of Gadsden, for appellees.

ANDERSON, C. J.

This appeal is from a judgment of the circuit court in favor of the contestants in an effort to probate and prove a will in the probate court. The matter was certified by the probate judge to the circuit court, as provided by section 10636, new to the Code of 1923. This section, among other things, provides: "An appeal to the supreme court may be taken from the judgment of the circuit court on such contest within thirty days after the rendition of such judgment."

The judgment here was rendered March 10, 1930, and the appeal was taken September 6, 1930, and not within thirty days, as required by the statute, and the motion to dismiss the appeal must be sustained, and said appeal is accordingly dismissed.

Appeal dismissed.

GARDNER, BOULDIN, and FOSTER, JJ., concur.